# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 16, 2025

## NO.  03-25-00224-CV

**Addis Parra Turros, Appellant**

**v.**

**LVNV Funding, Appellee**

---

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF BELL COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND ELLIS**
**DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE KELLY**

---

This is an appeal from the final judgment signed by the trial court on October 2, 2024.  Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal.  Therefore, the Court dismisses the appeal for want of jurisdiction.  Because Appellant is indigent and unable to pay costs, no adjudication of costs is made.